UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODRICUS CRAWFORD, ET AL | CIVIL ACTION NO. 5:17-cv-01509 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CADDO PARISH CORONER'S OFFICE, ET AL | MAGISTRATE JUDGE MARK L. HORNSBY |

## NOTICE OF APPEAL

Notice is hereby given that Defendant James Traylor, M.D. hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Ruling (Dkt. No. 49) filed on March 28, 2019, and signed on March 29, 2019. The ruling on Dr. Traylor's Motion to Dismiss (Dkt. No. 26) involves issues of law in the denial of a government agent's claim of qualified immunity.

Respectfully Submitted,

JEFF LANDRY
ATTORNEY GENERAL

Casten & Pearce, APLC
Post Office Box 1180
Shreveport, LA 71163-1180
Telephone (318) 221-3444
Facsimile (318) 221-8811
bsmith@castenandpearce.com

By:  /s/Brian D. Smith
Brian D. Smith, La. Bar No. 12151
(Lead Attorney)
Special Assistant Attorney General
ATTORNEY FOR DEFENDANT, JAMES M. TRAYLOR, MD

## CERTIFICATE OF SERVICE

I do hereby certify that on April 25, 2019, I presented the foregoing Notice of Appeal to the Clerk of Court for uploading to the CM/ECF system and service on all parties through the CM/ECF system.

 /s/Brian D. Smith
Brian D. Smith