UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODRICUS CRAWFORD, ET AL | CIVIL ACTION NO. 5:17-cv-01509 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CADDO PARISH CORONER'S OFFICE, ET AL | MAGISTRATE JUDGE MARK L. HORNSBY |

## JOINT STIPULATION OF DISMISSAL

NOW COME Plaintiff, RODRICUS CRAWFORD, and Defendant JAMES TRAYLOR, M.D., being all remaining parties to this cause, who represent that all claims of all parties herein have been settled and compromised, and hereby stipulate that this matter be dismissed, in its entirety and with prejudice, with each party to bear his or its own costs.

Respectfully submitted:

**THE PROMISE OF JUSTICE INITIATIVE**

| | |
|---|---|
| 1024 Elysian Fields Ave. | By: /s/ Cecelia Trenticosta Kappel |
| New Orleans, LA 70117 | Cecelia Trenticosta Kappel |
| Telephone: (504)529-5955 | ATTORNEYS FOR APPELLEE |
| Facsimile: (504)595-8006 | RODRICUS CRAWFORD |

**THE CLAIBORNE FIRM, P.C.**

| | |
|---|---|
| 410 East Bay Street | By: /s/ David J. Utter |
| Savannah, GA 31401 | David J. Utter |
| Telephone: (912)236-9559 | ATTORNEYS FOR APPELLEE |
| Facsimile: (912)236-1884 | RODRICUS CRAWFORD |

**JEFF LANDRY**
**ATTORNEY GENERAL**

Post Office Box 1180
Shreveport, LA 71163-1180
Telephone (318) 221-3444
Facsimile (318)221-8811

By: /s/ Brian D. Smith
Brian D. Smith, La. Bar No. 12151
(Lead Attorney)
Special Assistant Attorney General
ATTORNEY FOR DEFENDANT,
JAMES M. TRAYLOR, M.D.

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 29th day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/Brian D. Smith
Brian D. Smith