UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODRICUS CRAWFORD, ET AL | CIVIL ACTION NO. 5:17-cv-01509 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CADDO PARISH CORONER'S OFFICE, ET AL | MAGISTRATE JUDGE MARK L. HORNSBY |

### FRCP RULE 41(a)(1)(ii) JOINT STIPULATION OF DISMISSAL

NOW COME Plaintiff, RODRICUS CRAWFORD, and Defendant JAMES TRAYLOR, M.D., being all remaining parties to this cause, who represent that all claims of all parties herein have been settled and compromised, and hereby stipulate that this matter be dismissed, in its entirety and with prejudice, with each party to bear his or its own costs.

Respectfully submitted:

**THE PROMISE OF JUSTICE INITIATIVE**

1024 Elysian Fields Ave.  By: /s/ Cecelia Trenticosta Kappel
New Orleans, LA 70117       Cecelia Trenticosta Kappel
Telephone: (504)529-5955    ATTORNEYS FOR APPELLEE
Facsimile: (504)595-8006    RODRICUS CRAWFORD

**THE CLAIBORNE FIRM, P.C.**

410 East Bay Street         By: /s/ David J. Utter
Savannah, GA 31401              David J. Utter
Telephone: (912)236-9559        ATTORNEYS FOR APPELLEE
Facsimile: (912)236-1884        RODRICUS CRAWFORD

**JEFF LANDRY**
**ATTORNEY GENERAL**

Post Office Box 1180  By:  /s/ Brian D. Smith
Shreveport, LA 71163-1180        Brian D. Smith, La. Bar No. 12151
Telephone (318) 221-3444          (Lead Attorney)
Facsimile (318)221-8811            Special Assistant Attorney General
                                                     ATTORNEY FOR DEFENDANT,
                                                     JAMES M. TRAYLOR, M.D.

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

  /s/Brian D. Smith
Brian D. Smith