# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2019

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 19-30318   Rodricus Crawford v. Caddo Parish Coroner's Office
                          USDC No. 5:17-CV-1509

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

cc w/encl:
    Mr. Brian David Smith
    Mrs. Cecelia Trenticosta Kappel
    Mr. David J. Utter

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30318

_____

A True Copy
Certified order issued Oct 30, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

RODRICUS CRAWFORD, individually & on behalf of his minor child, K.C.,

    Plaintiff - Appellee

v.

JAMES TRAYLOR, M.D.,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Western District of Louisiana

_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 30, 2019, pursuant to the stipulation of the parties.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Allison G. Lopez, Deputy Clerk

    ENTERED AT THE DIRECTION OF THE COURT